# LAW OFFICES
# JAMES S. FRIEDMAN, LLC
A CRIMINAL DEFENSE PRACTICE

17 ACADEMY STREET, SUITE 1100, POST OFFICE BOX 32009, NEWARK, NEW JERSEY 07102
TELEPHONE (973) 353-9500   FACSIMILE (973) 353-9501

115 PINE STREET, RIDGEWOOD, NEW JERSEY 07450
TELEPHONE (973) 495-0854   FACSIMILE (973) 556-1028

E-MAIL — JFRIEDLAW@OPTONLINE.NET
WEBSITE — WWW.JFRIEDLAWFIRM.COM

JAMES S. FRIEDMAN
MEMBER, NJ, NY AND MA BARS

July 28, 2010

The Hon. Peter G. Sheridan
United States District Judge
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

[Handwritten: Sentencing is scheduled for October 14, 2010 at 12:30 PM
SO ORDERED: Peter Sheridan
DATED: 8/4/10]

Re: United States v. Robert Contreras
    No. 2:09-mj-03694-MF
    [Handwritten: Cr. 10-242 (PGS)]

Dear Judge Sheridan:

This firm represents Mr. Robert Contreras in this matter.

Sentencing in this case currently is scheduled for September 1, 2010, at 10:00 a.m. I write to request an adjournment of the sentencing hearing.

My wife has informed me that I am supposed to be on vacation in Colorado and/or Massachusetts on and around the current sentencing date. I was not aware of this fact when the Court scheduled the sentencing at the plea hearing.

In this light, I would greatly appreciate it if the Court could reschedule the sentencing hearing. As far as selecting a new date, please note that a fair portion of the month of September is taken up with religious/Jewish holidays. Accordingly, I respectfully request that Mr. Contreras' sentencing be scheduled for early October.

This is a first request for an adjournment of the sentencing in this case. Further, I have discussed this request with AUSA Zahid Quraishi, who has indicated to me that he does not object to the sentencing being adjourned given the reasons stated above.

Assuming the Court grants this request, please direct a member of your staff to contact the parties to schedule a new date.

Thank you for your anticipated cooperation.

Respectfully Submitted,

James S. Friedman

cc: AUSA Zahid Quraishi